**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE: 1:24-cv-20527-JEM

CARLOS BRITO,

    Plaintiff,

v.

LE JEUNE - DOUGLAS
INDUSTRIAL PARK, LLC; and EL
CRISOLY CAFE, LLC,

    Defendants.
_____/

**JOINT NOTICE OF SETTLEMENT**

    Plaintiff, CARLOS BRITO, and Defendant, LE JEUNE - DOUGLAS INDUSTRIAL PARK, LLC, hereby advise the Court that the parties have reached an agreement in principle to settle the instant case. The Parties will file a Stipulation dismissing this Action with prejudice no later than ten (10) days from the date of this Notice. Accordingly, the Parties, respectfully request that the Court vacate all currently set dates and deadlines in this case.

Respectfully submitted this April 29, 2024.

| | |
|---|---|
| /s/ *Beverly Virues* | /s/ *Steven W. Davis* |
| BEVERLY VIRUES | STEVEN W. DAVIS |
| Florida Bar No. 123713 | Florida Bar No. 347442 |
| GARCIA-MENOCAL, P.L. | HABER LAW, LLP |
| 350 Sevilla Avenue, Suite 200 | 251 NW 23rd St. |
| Coral Gables, Florida 33134 | Miami, Florida 33127 |
| Telephone: (305) 553- 3464 | Telephone: (305) 379-2400 |
| Email: bvirues@lawgmp.com | Email: service@haber.law |
| *Counsel for Plaintiff* | *Counsel for Defendant* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify a copy of the foregoing was sent by CM/ECF to all counsel of record on this April 29, 2024.

Respectfully submitted,

**GARCIA-MENOCAL, P.L.**
*Attorneys for Plaintiff*
350 Sevilla Avenue, Suite 200
Coral Gables, Fl 33134
Telephone: (305) 553-3464
Fax: (855) 205-6904
Primary E-Mail: bvirues@lawgmp.com
Secondary E-Mail: amejias@lawgmp.com; aquezada@lawgmp.com

By: ___/s/ Beverly Virues_____
      BEVERLY VIRUES