UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case Number: **24-20527-CIV-MARTINEZ**

CARLOS BRITO,

      Plaintiff,
v.

LE JEUNE - DOUGLAS INDUSTRIAL PARK, LLC; and EL CRISOLY CAFE, LLC,

      Defendants.
_____/

**ORDER ON NOTICE OF SETTLEMENT**

THIS CAUSE came before the Court on the parties' Joint Notice of Settlement, (ECF No. 21), which states that the parties have settled this case. Accordingly, it is:

**ORDERED AND ADJUDGED** as follows:

1.  The parties shall file either a Notice of Dismissal (if the Defendant has not served an answer or motion for summary judgment) or a Stipulation of Dismissal (signed by all parties who have appeared in this action), **which must be filed with the Clerk of the Court**; a proposed Order of Dismissal or Final Judgment; and any other documents necessary to conclude this action **on or before May 30, 2024**. *See Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272, 1280 (11th Cir. 2012).

2.  If the parties fail to comply with this Order, the Court shall <u>dismiss</u> this case without prejudice without any further warning.

3.  The Clerk is **DIRECTED** to **DENY ALL PENDING MOTIONS AS MOOT**.

4.  The Clerk shall **ADMINISTRATIVELY CLOSE** this case for statistical purposes only. This shall not affect the substantive rights of the parties.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 30 day of April, 2024.

                                                  JOSE E. MARTINEZ
                                                  UNITED STATES DISTRICT JUDGE

Copies provided to:
All Counsel of Record